FILED: May 14, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-4305
(2:09-cr-00683-SB-6)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

FRANCISCO SERRANO

      Defendant - Appellant

_____

O R D E R
_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Shedd, Judge Duncan and Judge Floyd.

                      For the Court

                      /s/ Patricia S. Connor, Clerk